IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VICTOR JERMAN LIPFORD,

      **Plaintiff,**

    v.                                                      Civil Action No. 3:26cv27

SHAUNA F. NEAL,

      **Defendant.**

**MEMORANDUM OPINION**

By Memorandum Order entered on January 22, 2026, the Court conditionally docketed Plaintiff's civil action. (ECF No. 2.) At that time, the Court directed Plaintiff to submit a statement under oath or penalty of perjury that:

(A)     Identifies the nature of the action;
(B)     States his belief that he is entitled to relief;
(C)     Avers that he is unable to prepay fees or give security therefor; and,
(D)     Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose.

Additionally, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Subsequently, the Court received correspondence that indicated that Plaintiff had not received the January 22, 2026 Memorandum Order and associated documents. Accordingly, by Memorandum Order entered on February 26, 2026, the Court directed the Clerk to remail the

January 22, 2026 Memorandum Order and associated documents to Plaintiff. (ECF No. 4.) The Court directed Plaintiff to comply with the terms of the January 22, 2026 Memorandum Order within thirty (30) days of the date of entry thereof.

Plaintiff has not complied with the orders of this Court. Plaintiff failed to return a completed *in forma pauperis* affidavit form and a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 3/31/26
Richmond, Virginia

/s/

M. Hannah Lauck
Chief United States District Judge